NYSCEF - New York State Courts Electronic Filing (Live System)

<< Return to **Search Results**

# 706703/2023 - Queens County Supreme Court

Short Caption: **Kwang Choi v. Synchrony Bank et al**
Case Type: **Other Matters - Consumer Credit (Non-Card) Transaction**
Case Status: **Pre-RJI**
eFiling Status: **Partial Participation Recorded**

## Narrow By Options

| | |
|---|---|
| Document Type: Please select... | Filed By: Please select... |
| Motion Info: | Filed Date: ___ thru ___ |
| Document Number: | |

Display Document List with Motion Folders

Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Richards, N.<br>Filed: 03/29/2023<br>*Received: 03/29/2023* | **Processed**<br>Confirmation Notice |
| 2 | NOTICE OF APPEARANCE (PRE RJI) | Cesar, A.<br>Filed: 03/31/2023<br>*Received: 03/31/2023* | **Processed**<br>Confirmation Notice |
| 3 | NOTICE OF APPEARANCE (PRE RJI) | Sanders, C.<br>Filed: 03/31/2023<br>*Received: 03/31/2023* | **Processed**<br>Confirmation Notice |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Richards, N.<br>Filed: 04/19/2023<br>*Received: 04/19/2023* | **Processed**<br>Confirmation Notice |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Richards, N.<br>Filed: 04/24/2023<br>*Received: 04/24/2023* | **Processed**<br>Confirmation Notice |